Gas pipes are laid and maintained to prevent escape of and carry safely the gas to points arranged for its use, and after fifteen years, with excavations and change of ground support being made several times in the street, with the only proved inspection being an irregular, occasional examination of the drips in the line, which would not discover leaks, would be insufficient to warrant instruction that there was no negligence in the maintenance of the defendant's system.

There was evidence from which the jury could fairly find that at least a portion of the ground through which the iron pipe had been laid was cinder, which was liable to corrode iron pipe, and that some of the other gas companies in the city kept men daily patroling the streets to specially look for leaks, was said by the learned judge in review of the evidence, but left it to the jury to find what was a reasonable inspection under the evidence.

The testimony as to contributory negligence in M. F. Prichard's case was too vague and uncertain to affect him with any notice of danger as coming from this defendant under his denial of knowledge of their corporate existence ; the location of their plant or pipes.

The case was fairly submitted to the jury. The assignments of error are not sustained and the judgments are each affirmed.

---

## Williams *v.* Gas Co., Appellant.

Argued April 7, 1896. Appeal, No. 54, April T., 1896, by defendant, the Consolidated Gas Co., from judgment of C. P. No. 2, Allegheny Co., No. 426, Oct. T., 1893, in favor of plaintiff, Wm. H. Williams, for $215.

Appeal, No. 55, April T., 1896, by defendant, the Consolidated Gas Co., from judgment of C. P. No. 2, Allegheny Co., No. 421, Oct. T., 1893, in favor of plaintiff, Isabella P. Williams, for $100.

Appeal, No. 56, April T., 1896, by defendant, the Consolidated Gas Co., from judgment of C. P. No. 2, Allegheny Co., No. 422, Oct. T., 1893, in favor of Lottie Williams, Charles Williams, Mariam Williams, Geo. Williams, Edith Williams,

184          WILLIAMS *v.* GAS CO., Appellant.

Statement of Facts—Opinion of the Court.   [2 Super. Ct.

Isabella Williams, Alice Williams and Pearl Williams, minors, by their father and next friend, Wm. H. Williams, for $200.

Appeal, No. 59, April T., 1896, by defendant, the Consolidated Gas Co., from judgment of C. P. No. 2, Allegheny Co., No. 423, Oct. T., 1893, in favor of plaintiff, Mary Coleman, for $75.00.

Appeal, No. 60, April T., 1896, by defendant, the Consolidated Gas Co., from judgment of C. P. No. 2, Allegheny Co., No. 424, Oct. T., 1893, in favor of Molly Coleman, minor, by her father and next friend, Nicholas Coleman, for $25.00.   Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ.   Affirmed.

ORLADY, J., July 16, 1896 :

In Prichard v. The Consolidated Gas Company, ante, p. 179, the same questions raised by this record are considered and these judgments are for the reasons therein given affirmed.

---

## Comstock *v.* Gas Co., Appellant.

Argued April 7, 1896.   Appeal, No. 57, April T., 1896, by defendant, the Consolidated Gas Co., from judgment of C P. No. 2, Allegheny Co., No. 428, Oct. T., 1893, from Mary J. Comstock, plaintiff, for $175.

Appeal, No. 58, April T., 1896, by defendant, the Consolidated Gas Co., from judgment of C. P. No. 2, Allegheny Co., No. 427, Oct. T., 1893, in favor of plaintiff, Sadie Susan Comstock, a minor, by her mother and next friend, Mary J. Comstock, for $300.   Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ.   Affirmed.

Trespass for personal injuries.   This case was argued with and on the same paper-books as Prichard v. Gas Co., ante, p. 179, and the facts are therein stated.

OPINION BY ORLADY, J., July 16, 1896 :

In Prichard v. The Consolidated Gas Co. the reasons are given for affirming the judgments, and as the testimony is the